## Commonwealth *v.* Harris, Appellant.

Submitted March 19, 1973. *Daniel M. Rendine*, for appellant; *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Hayes, Appellant.

Argued March 27, 1973. *Sheldon C. Jelin*, with him *Wollman, Tracey and Schlesinger*, for appellant; *Albert L. Becker*, Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.